# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 25, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

147285

KEVIN C. KYLE, M.D.,
            Plaintiff-Appellant,

and

KATHERINE KYLE,
            Plaintiff,

v

ANTOINE GARABALGI, CAROL GARABALGI,
and GREAT LAKES FENCE COMPANY INC.,
            Defendants-Appellees.

SC: 147285
COA: 312955
Wayne CC: 11-015544-NO

_____/

On order of the Court, the application for leave to appeal the May 7, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 25, 2013



Clerk

s1118